**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JOSELYN PACHECO,**<br><br>        Petitioner,<br>   v.<br>ELISEO RICOLCOL (Warden),<br><br>        Respondent. | No. ED CV 25-00212-VBF-SP<br><br>**ORDER**<br><br>Dismissing Case Without Prejudice for Non-Prosecution, Noncompliance with Court Order, and Nonpayment |

On January 22, 2025, proceeding pro se, petitioner constructively filed the petition initiating this 28 U.S.C. section 2241 action, which was docketed on January 30, 2025. *See* CM/ECF System Document ("Doc") 1.

Also on January 30, 2025, the Clerk's Office issued a Form CV-111 Notice of Discrepancies in Filing of Habeas Corpus Petition (Doc 2), advising plaintiff that he was required to either file a Form CV-60P Request to Proceed Without Prepayment of Filing Fee with declaration in support, or pay the full case filing fee, within thirty days.

For petitioner's benefit, the Court will start petitioner's thirty-day response period on February 6, 2025, one full week after the Clerk's Office mailed it to plaintiff's institution. The period therefore elapsed after 11:59 p.m. on Friday, March 7, 2025, several weeks ago, yet the Court has received no further communication from plaintiff.

Lastly, on March 4, 2025, the Magistrate Judge issued an Order Requiring Answer /

Return to Petition (Doc 4). On March 17, 2025, the United States Post Office returned the copy of the March 4, 2025 Order that had been addressed to petitioner, to the Clerk's Office as undeliverable, *see* Doc 6.

Accordingly, **this case is DISMISSED without prejudice for lack of prosecution, failure to comply with court order, failure to pay the case filing fee, and failure to keep the Court apprised of address changes as required.**

Plaintiff is still liable to pay the full case filing fee.

The case is **TERMINATED (JS-6).**

IT IS SO ORDERED.

Dated: April 3, 2025

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge